

**NUMBER 13-15-00246-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

STRIPES LLC,                                                   **Appellant,**

**v.**

HAZZEM MRAYYAN,                                       **Appellee.**

## On appeal from the County Court at Law No. One of Nueces County, Texas.

# ORDER

### Before Justices Rodriguez, Garza, and Longoria
### Order Per Curiam

Appellant, Stripes LLC, filed an emergency motion to stay proceedings in the trial court pending appeal on May 30, 2015. Appellant seeks to stay a hearing, currently set for June 4, 2015, on appellee Hazzem Mrayyan's motion to lift the court's previous order staying the case pending binding arbitration.

The Court requests that appellee file a response to appellant's emergency motion for stay pending appeal within ten days of the date of this order. In the interim, the Court, having examined and fully considered the motion for emergency stay, is of the opinion that it should be granted. Appellant's motion is hereby GRANTED and the hearing set for June 4, 2015 is STAYED until further order of this Court, or resolution of this appeal.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
1st day of June, 2015.